NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, INC., BFG TECHNOLOGIES, INC., BIOSTAR MICROTECH (U.S.A.) CORP., BIOSTAR MICROTECH INTERNATIONAL CORP., DIABLOTEK INC., EVGA CORP., G.B.T. INC., GIGA-BYTE TECHNOLOGY CO., LTD., HEWLETT-PACKARD COMPANY, MSI COMPUTER CORP., MICRO-STAR INTERNATIONAL COMPANY, LTD., GRACOM TECHNOLOGIES LLC (FORMERLY KNOWN AS PALIT MULTIMEDIA INC.), PALIT MICROSYSTEMS LTD., PINE TECHNOLOGY (MACAO COMMERCIAL OFFSHORE) LTD., AND SPARKLE COMPUTER COMPANY, LTD.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee.*

**and**

**RAMBUS INC.,**
*Intervenor,*

**and**

**NVIDIA CORPORATION,**
*Intervenor.*

---

2010-1556

On appeal from the United States International Trade Commission in Investigation No. 337-TA-661.

## ON MOTION

## O R D E R

Upon consideration of Rambus, Inc. and NVIDIA Corporation's unopposed motions for leave to intervene,

IT IS ORDERED THAT:

The motions are granted.  The revised official caption is reflected above.

FOR THE COURT

___NOV   4 2010___
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Peter J. Sawert, Esq.
     Paul M. Bartkowski, Esq.
     J. Michael Jakes, Esq.
     I. Neel Chatterjee, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 04 2010

JAN HORBALY
CLERK